IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JESSICA DOUGHTY, on behalf of the ESTATE OF ANDREW JACKSON, DECEASED, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CIV-17-1218-M |
| v. | ) ) | |
| CITY OF CHICKASHA, et al., | ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties respectfully request that this Court enter the Agreed Protective Order which is submitted to this Court via email. In support of this Motion, the parties show the Court as follows:

1. The parties stipulated to begin discovery on January 2, 2018, in advance of the Rule 26(f) Conference and the Status Conference.

2. Certain documents and information have been requested in this case which the parties believe to be confidential, including the Oklahoma State Bureau of Investigation Report

3. The parties have agreed to protect against the disclosure of certain information to certain persons outside of this case though the proposed Agreed Protective Order.

- 2 -

Thus considering the foregoing, the parties respectfully request that this Court approve and enter the proposed Agreed Protective Order, which will be submitted for the Court's consideration via email

Respectfully submitted,

s/ Jeffrey C. Hendrickson
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jeffrey C. Hendrickson, OBA #32798
*Attorneys for Defendants Board of County Commissioners of Grady County; Sheriff Jim Weir, individually*
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jhendrickson@piercecouch.com

s/ Stephen L. Geries
Stephen L. Geries, OBA #19101
*Attorney for Defendants City of Chickasha; Chad King*
Collins Zorn & Wagner, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
slg@czwlaw.com

s/ Sandra Howell-Elliott
Sandra Howell-Elliott, OBA 11175
*Attorney for Plaintiffs*
Elliott Law Center
15920 Redstem Way
Edmond, OK 73013
Telephone: (405) 625-0753
Elliottlaw7813@gmail.com

*- and -*

Lana Jeanne Tyree, OBA #9151
*Attorney for Plaintiffs*
4613 Tamarisk Drive
Oklahoma City, OK 73142
Telephone: (405) 761-5161
Okusa13@aol.com